■ ROBERT J. NATOLI et al., Appellants, v JOHN T. SULLIVAN, JR., et al., Defendants, and THOMSON PUBLICATIONS OF NEW YORK, INC., Doing Business as PALLADIUM-TIMES, Respondent. (Appeal No. 1.) [616 NYS2d 318] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Summary Judgment.) Present—Denman, P. J., Pine, Fallon, Callahan and Davis, JJ. *[See,* 159 Misc 2d 681.]

■ ROBERT J. NATOLI et al., Appellants-Respondents, v JOHN T. SULLIVAN, JR., et al., Defendants, and STATE UNIVERSITY AT OSWEGO STUDENT ASSOCIATION, INC., et al., Respondents-Appellants. (Appeal No. 2.) [616 NYS2d 318] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeals from Order of Supreme Court, Oswego County, Hurlbutt, J.—Dismiss Cause of Action.) Present—Denman, P. J., Pine, Fallon, Callahan and Davis, JJ. *[See,* 159 Misc 2d 681.]